

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Brian Everett Gumpert, Appellant

No. 06-23-00001-CR        v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2229102). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find error in the judgment of the court below. We modify the trial court's judgment and the clerk's bill of costs by deleting the assessment of $350.00 in attorney fees and the $15.00 time payment fee. As modified, we affirm the trial court's judgment.

We note that the appellant, Brian Everett Gumpert, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 31, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk